IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00852-WDM-PAC

QFA ROYALTIES LLC AND
QFA HOLDER LLC,

    Plaintiffs,

v.

MICHAEL SHAROPETROSIAN AND
YANNA GRIGORIAN,

    Defendants.

---

**NOTICE OF DISMISSAL**

---

The court takes notice of plaintiffs' Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i).  Accordingly, this case is dismissed without prejudice each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on July 15, 2005.

                        BY THE COURT:

                        /s/ Walker D. Miller
                        United States District Judge

PDF FINAL